IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JOHN D. RAY,<br>    Plaintiff. | )<br>)<br>) |
| v. | )    Case No. 13-1338<br>)<br>) |
| PEKIN, et.al.<br>    Defendant. | )<br>)<br>)<br>)<br>) |

## ANSWER

NOW COMES Stewart J. Umholtz, State's Attorney of Tazewell County, by and through Michael P. Holly, Assistant State's Attorney, representing Tazewell County Sheriff's Deputy Jason Kedzior, Defendant in this matter, and files this ANSWER to Plaintiff's Complaint.

I. <u>Answer</u>

    1)     Defendant admits that he assisted other officers in the stop of a vehicle being driven by John Ray.

    2)     Defendant generally denies all other allegations and claims made in the Plaintiff's Complaint and recognized by this Honorable Court pursuant to Fed.R.Civ.P. 8(b)(3).

II. <u>Affirmative Defenses</u>

    1)     With respect to all claims addressing Defendants, the Defendants had and have qualified immunity for any and all actions taken by them in that their actions were taken in good faith, with probable cause and were objectively

reasonable under the circumstances and did not violate any clearly established law.

2) Any alleged conduct by Defendant was committed while he was acting as a public employee within the State of Illinois in enforcing the laws of Illinois and they are entitled to immunity pursuant to the Illinois Local Governmental and Governmental Employees Tort Immunity Act at 745 ILCS 10/2-201, et.seq. Defendant is a public employee serving in a position that utilizes the exercise of discretion and any acts committed by him were reasonable, lawful and entitled to immunity.

3) Defendants' claims are barred by applicable law in this matter including concepts of res judicata, collateral estoppel and federal court abstention and preclusion of jurisdiction.

**DEFENDANT DEMANDS TRIAL BY JURY**

Respectfully Submitted,

s/Michael P. Holly
Michael P. Holly
Assistant State's Attorney
Attorney for Tazewell County Defendants
Tazewell County State's Attorney's Office
342 Court St. Suite 6
Tazewell County Courthouse
Pekin, IL 61554
Telephone: (309) 477-2205
Fax: (309) 477-2399
Email: mholly@tazewell.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2015, I electronically filed an Answer to the Plaintiff's Complaint with the Clerk of the Court and I hereby certify that I have mailed by the United States Postal Service the document to the following non-CM/ECF participant:

John D. Ray
#S04271
Pinckneyville Correctional Center
P.O. Box 999
Pinckneyville, IL 62274

                                                s/Michael Holly
                                                Michael Holly
                                                Assistant State's Attorney
                                                Tazewell County State's Attorney's Office
                                                342 Court Street
                                                Pekin, IL 61554
                                                309-477-2205
                                                mholly@tazewell.com